**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Latosha Clark,

Plaintiff,

v.

Gregory Ventre, et al.,

Defendants.

Case No. 1:26-cv-880

Judge Michael R. Barrett

# ORDER

A review of the docket in this matter reveals that Plaintiff has failed to file a response in opposition to the Defendants' Motion to Dismiss for Failure to State a Claim (Doc. 5) by the deadline of October 29, 2026, which was set by the Court in its Order (Doc. 6).

The Court construes the matter as unopposed. The Defendants' motion is **GRANTED**, and this matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

s/*Michael R. Barrett*
Michael R. Barrett, Judge
United States District Court